FILED
 2006 Mar-30 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHNNY CHILDERS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| vs. | )   **Case Number: CV 02-S-1312-NE** |
| | ) |
| **COMMISSIONER MIKE HALEY,** | ) |
| **WARDEN BILLY MITCHUM,** | ) |
| **DEPUTY WARDEN DAVID WISE,** | ) |
| **DR. COLETTE SIMON,** | ) |
| **DR. GEORGE LYRENE,** | ) |
| **DR. JERRY McCLAIN, and** | ) |
| **F. M. HENDERSON,** | ) |
| | ) |
|    **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 22, 2006, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED, and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motions for summary judgment are due to be

GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE this 30th day of March, 2006.

_____
United States District Judge